UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 03-20949-CR-KING/BANDSTRA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GUSTAVO BRU,

    Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE

**THIS CAUSE** comes before the Court upon the February 14, 2012 Report and Recommendation ("R&R") of Magistrate Judge Ted E. Bandstra (DE #165), recommending that this Court find excusable neglect and good cause for Defendant Gustavo Bru's untimely filing of his notice of appeal. After a thorough review of the record, the Court concludes that the R&R contains well-reasoned recommendations.

This matter is before the Court on limited remand from the Eleventh Circuit Court of Appeals, instructing this Court to conduct an evidentiary hearing regarding whether Defendant's untimely notice of appeal was the result of excusable neglect or good cause under Fed. R. App. P. 4(b)(4). On January 20, 2012, Magistrate Judge Bandtra held an evidentiary hearing to determine whether the delay was a result of excusable neglect. Upon consideration of testimony from Defendant Bru and his former defense counsel, Magistrate Judge Bandstra determined that Defendant Bru's belated filing was due to excusable neglect and that the prosecution will suffer no

prejudice from the brief delay.

Accordingly, the Court being otherwise fully advised, it is **ORDERED, ADJUDGED and DECREED** as follows:

1. Magistrate Judge Ted E. Bandstra February 14, 2012 Report and Recommendation (**DE #165**) be, and the same is, hereby **AFFIRMED and ADOPTED**.

2. The Court **FINDS** excusable neglect for Defendant Bru's untimely filing of his notice of appeal.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 15th day of February, 2012.

/s/ James Lawrence King
JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: Magistrate Judge Ted E. Bandstra
John Ley, Clerk of Court, Eleventh Circuit Court of Appeals
Regina Veals-Gilli

*Counsel for United States*

Frank Tamen
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
305-961-9000
Fax: 536-7213
Email: Frank.Tamen@usdoj.gov

*Counsel for Defendant Bru*

**Ashley M. Litwin**
The Law Offices of Marc David Seitles
40 NW Third Street
Penthouse One
Miami, FL 33128
305-403-8070
Fax: 305-403-8210

**Frank Anthony Rubino**
1001 Brickell Bay Drive
Miami, FL 33131
305-858-5300
Fax: 305-350-2001
Email: frank@frankrubino.com

**Humberto Rolando Dominguez**
Humberto R. Dominguez
800 Brickell Avenue
Suite PH-2
Miami, FL 33131
305-373-6400
Fax: 305-373-0396
Email: hrdcriminallaw@aol.com

**Ronald Scott Lowy**
Lowe Eklund Wakefield & Mulvihill Co LPA
610 Skylight Office Tower
1660 W 2nd Street
Cleveland, OH 44113
305-371-5585
Fax: 305-371-5563
Email: rlowyesq@bellsouth.net

**Marc David Seitles**
The Law Offices of Marc David Seitles, P.A.
Courthouse Center
40 N.W. 3rd Street
Penthouse One
Miami, FL 33128
305-403-8070
Fax: 403-8210
Email: mseitles@seitleslaw.com

**Richard Carroll Klugh , Jr.**
Courthouse Center, Penthouse One
40 N.W. 3rd Street
Miami, FL 33128
305-536-1191
Fax: 305-536-2170
Email: rickklu@aol.com